## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BENJAMIN A. BISHOP,**
**ADC #146520**                                                                                                    **PLAINTIFF**

**v.**                                              **Case No. 4:20-cv-1243-KGB-BD**

**RAMONA HUFF,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 29).  Plaintiff Benjamin A. Bishop filed an objection to the Recommended Disposition (Dkt. No. 30).  After careful consideration, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Bishop in his objections argues that defendants thwarted his attempts to exhaust fully the grievance process (Dkt. No. 30, at 2–3).  However, as Judge Deere notes in the Recommended Disposition, Mr. Bishop did not put defendant Ramona Huff on notice that he intended to lodge a complaint against her in his first grievance, and Mr. Bishop did not identify Ms. Huff by name or title in his second grievance (Dkt. No. 29, at 4–6).  Mr. Bishop did not refer to defendant Gary Musselwhite by name or title in either of his grievances (*Id.*).  The Court therefore adopts the findings and analysis in the Recommended Disposition as this Court's findings and analysis in all respects.

Accordingly, the Court grants defendants Ms. Huff and Mr. Musselwhite's motions for summary judgment (Dkt. Nos. 15, 18).  The Court dismisses without prejudice Mr. Bishop's claims against defendants.

It is so ordered this 30th day of August, 2021.

Kristine G. Baker
United States District Judge