IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **BENJAMIN A. BISHOP,** <br> **ADC #146520** | | **PLAINTIFF** |
| v. | Case No. 4:20-cv-1243-KGB-BD | |
| **RAMONA HUFF,** *et al.* | | **DEFENDANTS** |

**JUDGMENT**

<u>**JUDGMENT**</u>

Pursuant to the Order entered on this day, it is considered, ordered, and adjudged that plaintiff Benjamin A. Bishop's complaint is dismissed without prejudice (Dkt. No. 2). The Court denies the requested relief.

So adjudged this 30th day of August, 2021.

_____
Kristine G. Baker
United States District Judge